**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HATMAKER LAW CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01106-NONE-EPG<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS CASE BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)** |

　　　　Plaintiff Theresa Brooke ("Plaintiff") is proceeding through counsel in this action bringing claims against Defendants Hatmaker Law Corporation, Javantilal M. Patel, and Anand Hospitality, LLC (collectively, "Defendants"). (ECF No. 1). For the reasons below, the Court orders Plaintiff to show cause why this action should not be dismissed for failure to timely complete service on Defendants. The Court will further vacate the Initial Scheduling Conference currently set for December 3, 2020.

　　　　Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff initiated this action with the filing of her complaint on August 10, 2020. (ECF No. 1.) The Clerk of Court issued the summons on August 11, 2020. (ECF No. 2.) Accordingly, service was due by November 9, 2020. However, Plaintiff has not filed a proof of service demonstrating that she has accomplished service of the complaint and summons on Defendants by November 9, 2020, nor have Defendants filed a waiver of service. *See* Fed. R. Civ. P. 4 (setting forth procedures for accomplishing service of process).

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed for failure to timely serve Defendants as required under Federal Rule of Civil Procedure 4(m). No later than **December 15, 2020**, Plaintiff shall file either: (1) a proof of service showing that service on Defendants has been completed; or (2) a response to this order to show cause otherwise demonstrating the Plaintiff has completed service on Defendant as required by Federal Rule of Civil Procedure 4 or has good cause for her failure to complete service.

Additionally, in light of the order to show cause, the Court vacates the Initial Scheduling Conference currently set for December 3, 2020.

Plaintiff is cautioned that failure to respond to this order to show cause may result in the dismissal of this action.

IT IS SO ORDERED.

    Dated:   **November 30, 2020**        /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE