**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>        v.<br><br>HATMAKER LAW CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01106-NONE-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 4)<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANAND HOSPITALITY LLC WITH PREJUDICE<br><br>(ECF No. 7)<br><br>ORDER RESETTING SCHEDULING CONFERENCE |

      On November 30, 2020, the Court entered an order requiring Plaintiff Theresa Brooke ("Plaintiff") to show cause why this action should not be dismissed for failure to timely complete service on Defendants Hatmaker Law Corporation, Javantilal M. Patel, and Anand Hospitality, LLC (collectively, "Defendants"). (ECF No. 4.) Plaintiff was directed to either: (1) a proof of service showing that service on Defendants has been completed; or (2) a response to the Order to Show Cause otherwise demonstrating the Plaintiff has completed service on Defendant as required by Federal Rule of Civil Procedure 4 or has good cause for her failure to complete service. (*Id.*) The Court further vacated the Initial Scheduling Conference set for December 3, 2020, in light of the Order to Show Cause. (*Id.*)

1

On December 10, 2020, Plaintiff filed proofs of service purporting to show that service on Defendants Hatmaker Law Corporation and Javantilal M. Patel had been completed. (ECF Nos. 5, 6.) Plaintiff also filed a notice of voluntary dismissal with prejudice as to Defendant Anand Hospitality LLC only. (ECF No. 7.)

In light of Plaintiff's filings, the Court will discharge the Order to Show Cause and reset the Initial Scheduling Conference. However, this order does not preclude Defendants Hatmaker Law Corporation and Javantilal M. Patel from later challenging the timeliness or adequacy of service of process.

As to Plaintiff's notice of voluntary dismissal of Defendant Anand Hospitality LLC, this defendant has not filed either an answer or a motion for summary judgment. In light of the notice, the case against Defendant Anand Hospitality LLC has ended and Defendant Anand Hospitality LLC is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's Order to Show Cause entered on November 30, 2020 (ECF No. 4) is DISCHARGED;
2. The Clerk of the Court is respectfully directed to designate on the docket that Anand Hospitality LLC has been terminated from this action as of the date this order is entered; and
3. The Initial Scheduling Conference is RESET for **February 10, 2021 at 10:45 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.** Plaintiff shall **promptly** serve Defendants Hatmaker Law Corporation and Javantilal M. Patel with copies of (1) this order; and (2) the Order Setting Mandatory Scheduling Conference (ECF No. 3) and file an appropriate proof of such service with the Court.

IT IS SO ORDERED.

Dated:   **December 11, 2020**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2